UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDUARDO SOSA LEON,

    Plaintiff,

v().                                                      Case No. 8:23-cv-2114-WFJ-SPF

MARTIN O'MALLEY,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER

    Before the Court is Plaintiff's complaint seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying his claim for a period of disability, disability insurance benefits, and supplemental security income (Dkt. 1). The magistrate judge issued a report recommending that the decision of the Commissioner be affirmed (Dkt. 23). The time for filing objections has passed.

    After an independent review of the record, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Having conducted an independent review of the record, the Court agrees with Judge Flynn's thorough and well-reasoned report and recommendation. The Administrative Law Judge (ALJ) applied the correct legal standards and the ALJ's decision is supported by substantial evidence. It is therefore **ORDERED AND ADJUDGED** as follows:

1) The report and recommendation (Dkt. 23) is approved, confirmed, and adopted in all respects and is made a part of this order.

2) The Commissioner's decision denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income is affirmed.

3) The Clerk is directed to enter final judgment in favor of the Commissioner, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Tampa, Florida, on August 22, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record